TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ETHAN ROSE
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: ethan.rose@usdoj.gov
Attorneys for Plaintiff

FILED

2026 OCT -7 PM 2: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-05376 TUC-JGZ(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Roman Felix-Valenzuela,
aka Roman Alfonso Felix-Valenzuela,

Defendant.

**INDICTMENT**

Violation:
8 U.S.C. § 1326(a)

(Reentry of Removed Alien)

**THE GRAND JURY CHARGES:**

On or about September 7, 2026, in the District of Arizona, to wit: at or near San Miguel, Roman Felix-Valenzuela, aka Roman Alfonso Felix-Valenzuela, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Del Rio, Texas, on or about September 9, 2016, and not having obtained the express consent of the Attorney General

/ / /

or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: October 7, 2026

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /

ETHAN ROSE
Assistant United States Attorney